# Court of Appeals
# of the State of Georgia

ATLANTA,  September 28, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0645. PLATINUM STAFFING, INC. v. BUTLER, COMMISSIONER OF DEPARTMENT OF LABOR et al.**

As the record clearly supports the decision of the Department of Labor, this appeal is hereby DISMISSED as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/28/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*